FILED
OCT 26 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JERMAINE GIBBS, )<br>)<br>Defendant. ) | No. **4:22CR592-RLW/SPM** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about September 15, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**JERMAINE GIBBS,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
KOURTNEY M. BELL, #300171 (CA)
Assistant United States Attorney